(92 South. 919)

ALABAMA POWER CO. v. SITZ. (7 Div. 230.) (Supreme Court of Alabama. Jan. 10, 1922.) Appeal from Circuit Court, Etowah County; W. J. Martin, Judge.

PER CURIAM. Appeal dismissed by appellant.

(92 South. 919)

ALLEN v. STATE. (6 Div. 675.) (Supreme Court of Alabama. April 13, 1922.) Certiorari to Court of Appeals. Nash & Fendley, of Oneonta, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of Henry Allen for certiorari to the Court of Appeals to review and revise the judgment of said court. affirming the appeal in Henry Allen v. State of Alabama, 18 Ala. App. 416, 92 South. 509. Writ denied.

ANDERSON, C. J., and McCLELLAN, SOMERVILLE, and THOMAS, JJ., concur.

(92 South. 919)

ALLISON v. RAY et al. (6 Div. 61.) (Supreme Court of Alabama. Jan. 12, 1922.) Appeal from Circuit Court, Cullman County; Robert C. Brickell, Judge. A. A. Grifinth, of Cullman, for appellant. F. E. St. John, of Cullman, for appellees.

SOMERVILLE, J. This judgment was affirmed April 7, 1921, for want of assignment of errors, which judgment was set aside and a resubmission ordered. On resubmission there is no assignment of errors, and the judgment is finally affirmed.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.

(91 South. 921)

AMES v. McINTYRE. (2 Div. 796.) (Supreme Court of Alabama. Feb. 7, 1922.) Appeal from Circuit Court, Dallas County; Sam F. Hobbs, Judge. A. M. Pitts, of Selma, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.

(92 South. 919)

BARRETT et al. v. ANDON et al. (6 Div. 550.) (Supreme Court of Alabama. April 18, 1922.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge. W. S. Brower, of Birmingham, for appellants. Weatherly, Deedmeyer & Birch, of Birmingham, for appellees.

PER CURIAM. Appeal dismissed by appellant.

(91 South. 921)

BEAN v. STATE. (8 Div. 400.) (Supreme Court of Alabama. Nov. 3, 1921.) Certiorari to Court of Appeals. Bouldin & Wimberly and John B. Tally, all of Scottsboro, and Estill & Crownover, of Winchester, Tenn., for appellant. Harwell G. Davis, Atty. Gen., for the State.

MILLER, J. Application of John C. Bean for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of John C. Bean v. State, 18 Ala. App. 281, 91 South. 499. Writ denied.

McCLELLAN, SOMERVILLE, and THOMAS, JJ., concur.

(91 South. 921)

BEASLEY v. DOWDELL et al. (3 Div. 553.) (Supreme Court of Alabama. Feb. 6, 1922.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. C. P. McIntyre, of Montgomery, for appellant. Rushton & Crenshaw, of Montgomery, for appellee.

SAYRE, J. A re-examination of the former opinion, reported in 205 Ala. 130, 87 South. 18, has satisfied the court of the correctness of the conclusion then reached, and, there being no substantial difference in the evidence, this appeal is affirmed on authority of the former appeal.

ANDERSON, C. J., SOMERVILLE, GARDNER, and MILLER, JJ., concur.
McCLELLAN, J., dissents.
THOMAS, J., not sitting.

(92 South. 919)

BLAIR v. RUTHERFORD. (6 Div. 268.) (Supreme Court of Alabama. Jan. 12, 1922.) Appeal from Circuit Court, Blount County; W. J. Martin, Judge. G. W. Darden, of Oneonta, for appellant. Russell & Johnson, of Oneonta, for appellee.

PER CURIAM. The appeal was taken March 8, 1920. The certificate of appeal was filed here January 13, 1921, and with it was filed appellee's motion to dismiss the appeal. The transcript was not filed until April, 1921, and no excuse offered for the delay. On the authority of Porter v. Martin, 139 Ala. 318, 35 South. 1006, Southern Ry. Co. v. Abrahams Bros., 161 Ala. 317, 49 South. 801, and Supreme Court rule 41 (32 South. iv), the motion to dismiss the appeal is granted.